

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

| | |
|---|---|
| EDUARDO MARIN NIETO, § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. B-00-025 |
| § | |
| UNITED STATES OF AMERICA, § | |
| WARDEN OF CAMERON COUNTY § | |
| DETENTION CENTER, § | |
| Respondent. § | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This habeas corpus petition was filed on behalf of Eduardo Marin Nieto ("Nieto"), who was sentenced to custody for a violation of 8 U.S.C. § 1325 to which he pled guilty. The habeas petition is directed to the Warden, Cameron County Detention Center. Actually, Nieto was in the custody of the Attorney General of the United States.

This case is moot. I signed an amended judgment in the underlying case sentencing Nieto to the time he served (See Attached Exhibit 1). He is no longer in the custody of the United States Marshal. It is recommended that this case be dismissed.

IT IS THEREFORE **RECOMMENDED** that Eduardo Marin Nieto's habeas petition be **DISMISSED**.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the

unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir. 1996).

DONE at Brownsville, Texas, this 17th day of February, 2000.

                                                John Wm. Black
                                            United States Magistrate Judge