United States District Court
Southern District of Texas
ENTERED

MAR 0 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| EDUARDO MARIN NIETO, | § | |
|    Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-025 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| WARDEN OF CAMERON COUNTY | § | |
| DETENTION CENTER, | § | |
|    Respondent. | § | |

## ORDER

Pending before the Court is Defendant's "Motion Requesting Emergent Order of Relief from Detention". (Docket No. 6).

According to this Motion, Eduardo Marin Nieto ("Nieto") is currently in the custody of the Immigration and Naturalization Service which is seeking his expedited removal from the United States.

Nieto has pending a habeas corpus petition which is now moot. That petition sought relief from a forty-five (45) day sentence imposed after Nieto pled guilty to a charge of entry without inspection. The Magistrate Judge reduced that sentence to time served. Therefore, Nieto is no longer in the custody of the United States Marshal.

On its face, the current Motion reflects that Nieto has not exhausted the administrative remedies available to him. This the Court has no jurisdiction. The Motion is therefore **DENIED** without prejudice to his right to seek appropriate relief subsequently.

DONE at Brownsville, Texas, this 8th day of March, 2000.

_____
Filemon B. Vela
United States District Judge